HUMBLE OIL & REFINING COMPANY, Respondent, v. CHESTER H. CANNING, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.